UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL VILLA TORRES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DARELL ADAMS,<br><br>　　　　　　Respondent. | Case No. EDCV 08-993 AG(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

　　DATED: June 30, 2010

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE